```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 08062
   JORGE MONTALVO
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-1377


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/08/06 and confirmed on 09/18/06.

   2.  The case was converted to Chapter 7 after confirmation, 03/21/2008.

   3.  The Debtor paid a total of $  12931.24 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED | 35.97 | .00 | 35.97 |
| GMAC PAYMENT CENTER | SECURED | 21398.13 | 1694.24 | 6867.51 |
| CITIFINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| ACTION CARD MASTERCARD P | UNSECURED | 1473.41 | .00 | .00 |
| ADVENTIST HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SECURED | 2549.25 | 233.00 | 1419.13 |
| ASPIRE VISA | UNSECURED | 1110.06 | .00 | .00 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1396.65 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 494.51 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MID AMERICA MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| ALEXIAN BROTHERS | UNSECURED | 784.08 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | 395.15 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| CE MONEY BANK | UNSECURED | 343.48 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| VITURA ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 1421.87 | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |

```
PALISADES COLLECTION L   UNSECURED      NOT FILED         .00         .00
VILLAGE OF HOFFMAN ESTAT UNSECURED      NOT FILED         .00         .00
WOLPOFF & ABARAMSON      UNSECURED      NOT FILED         .00         .00
AMERICAN GENERAL FINANCE UNSECURED        1617.10         .00       15.99
CITIFINANCIAL            UNSECURED       13273.36         .00      131.25
     Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23983.35        .00    22309.67         .00    46293.02
PRINCIPAL PAID       8322.61        .00      147.24         .00     8469.85
INTEREST PAID        1927.24        .00         .00         .00     1927.24
TOTAL PAID          10249.85        .00      147.24         .00    10397.09
```

The Debtor's attorney, JAMES A YOUNG & ASSOC    , was allowed $   2500.00
and was paid $    500.00   direct and $   2000.00   through the plan.

The Trustee received $     534.15 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 05/20/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE